# EXHIBIT 1

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
07/17/2017 at 03:17:45 PM
Clerk of the Superior Court
By Vicky Huang, Deputy Clerk

1  EDWARD A. VILLALOBOS, CSBN: 58536
   LAW OFFICES OF VILLALOBOS & ASSOCIATES
2  3711 Long Beach Blvd., Suite 806A
   Long Beach, California 90807
3  Telephone: (562) 595-6021
   Facsimile: (562) 427-4268
4  Email: villaloboslaw@gmail.com

5  Attorney for Plaintiff
   REYES ZARAGOZA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

CENTRAL DISTRICT

REYES ZARAGOZA )  CASE NO.: 30-2017-00932100-CU-WT-CJC
               )  Judge Frederick P. Horn
         Plaintiff, )
               )  COMPLAINT FOR
   Vs.         )  WRONGFUL TERMINATION
               )  OF EMPLOYMENT,
               )  INTENTIONAL INFLICTION
YOUNGS MARKET COMPANY, )  OF EMOTIONAL DISTRESS
DOES 1 THROUGH 10 INCLUSIVE, )  AND DAMAGES
               )
         Defendants. )
               )

The Plaintiff, Reyes Zaragoza, alleges as follows:

1.  The Defendant, Young's Market Company is a corporation with its principal place of business or headquarters in the City of Tustin, State of California.

2.  The Plaintiff is ignorant of the true names and capacities of the names Does 1 through 10 inclusive. The Plaintiff alleges on information and belief that said Does Defendants were the employees, agents, servants, and other representatives of the Defendant and acted in said capacity caused the damages alleged in this Complaint to the Plaintiff.

3.  At all times mentioned herein, the Plaintiff Reyes Zaragoza is a resident of the County of Los Angeles, State of California.

1

4. Before the Plaintiff was terminated by the Defendants, Does 1 through 10 inclusive, the Plaintiff was hired as a truck driver for Defendant Corporation, and was in said capacity since the year 2000 up until July 18, 2016 when he was terminated. During his 16 years with the company, his salary which started at approximately $13.00 per hour, and at the time of the termination, the Plaintiff was earning $25.00 plus per hour.

5. During his 16 years of employment with Defendant Corporation, the Plaintiff was only subjected very minor disciplinary instances.

6. At all times mentioned herein, from the date of his employment to the date of his termination, the Plaintiff had been a paying member of the International Brotherhood of Teamsters Union, and was a unionized driver, and subject to a contract between the union and the Defendant Corporation.

### FIRST CAUSE OF ACTION FOR WRONGFUL TERMINATION OF EMPLOYMENT

7. The Plaintiff realleges it's allegations 1 through 6 of the Complaint for his First Cause of Action for Wrongful Termination.

8. On or about July 18, 2016, the Plaintiff was terminated by the Defendant Corporation, Does 1 through 20 inclusive for allegedly selling fireworks from his company vehicle which is a medium size truck.

9. Plaintiff has denied the allegations leading up to his wrongful termination.

10. By filing this complaint for wrongful termination, the Plaintiff is asking the defendant to pay loss compensation from the date of termination to the date of Judgment and loss of Teamster union benefits which he had during his employment with the Defendant Corporation.

### SECOND CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

11. The Plaintiff alleges it's allegations 1 through 10 of the Complaint for his Second Cause of Action for Intentional Infliction of Emotional Distress.

12. In committing the act of termination of employment for the Plaintiff, the Defendants and each of them were very aware that they would cause extreme emotional distress to the Plaintiff and that he would lose use his good paying employment with the Defendants and each of them, and would cause harm to his family in that he would not be able to support them in the manner prior to his termination.

13. In committing the acts herein alleged, the Defendants and each of them, intended to inflict severe emotional distress on the Plaintiff and/or acted in conscious disregard of the probability of causing severe emotional distress.

14. As a proximate result of Defendant's extreme and egregious conduct, the Plaintiff has suffered and continues to suffer severe emotional distress including the loss of his employment, the income which he was receiving, the benefits that he was receiving as a member of the International Brotherhood of Teamsters Union, and all other benefits associated with his employment, including but not limited to health insurance for his entire family.

**WHEREFORE, THE PLAINTIFF PRAYS JUDGMENT AGAINST THE DEFENDANTS AND EACH OF THEM AS FOLLOWS:**

1. For compensatory damages according to proof including loss earnings, and other employee benefits and damages for emotional distress and mental anguish.
2. For interest on loss earnings and benefits at the present legal rate from July 18, 2016.
3. For reasonable attorney fees incurred by the Plaintiff in obtaining the benefits due him under the employment contract between the Defendants and the International of Brotherhood Teamsters Union.
4. For costs of suit incurred herein.
5. For such other and further relief as the court may deem just and proper.

Date: **July 13, 2017**

LAW OFFICES OF EDWARD A. VILLALOBOS

By EDWARD A. VILLALOBOS
*Attorney for Plaintiff*

3

COMPLAINT FOR WRONGFUL TERMINATION OF EMPLOYMENT, etc.

**VERIFICATION**

STATE OF CALIFORNIA      )

COUNTY OF LOS ANGELES    )

I, REYES ZARAGOZA, declare:

I am the Plaintiff in the above entitled matter.

I have read the Complaint for Wrongful Termination of Employment, etc., and attest to the matters therein to be true under penalty of perjury pursuant to laws of the State of California executed this 13th day of July, 2017 at Long Beach, California.

*[signature]*
REYES ZARAGOZA, Declarant