# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No. SACV 17-1858-DOC (JDEx)　　　　　　　　　　Date: February 16, 2018

Title: REYES ZARAGOZA V. YOUNG MARKET COMPANY, ET AL

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** **ORDER GRANTING AS UNOPPOSED DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [16]**

Defendant Young's Market Company, LLC ("Defendant") filed a Motion for Judgment on the Pleadings ("Motion") (Dkt. 16) on January 22, 2018, and noticed the hearing on the Motion for February 26, 2018. Plaintiff's opposition was due on or before February 5, 2018. *See* L.R. 7-9. No opposition has been filed.[1] Accordingly, pursuant to Local Rule 7-12, the Court GRANTS AS UNOPPOSED Defendant's Motion.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: djl
CIVIL-GEN

---

[1] Moreover, it seems that Plaintiff's claims are likely preempted by the Labor Relations Management Act. *See Beals v. Kiewit Pac. Co.*, 114 F.3d 892, 894 (9th Cir. 1997) ("Section 301 of the Labor Management Relations Act (LMRA) preempts state law claims that are based directly on rights created by a collective bargaining agreement as well as claims that are substantially dependent on an interpretation of a collective bargaining agreement."); Complaint (Dkt. 1-1) ¶ 6 (Plaintiff throughout his employment was "subject to a contract between the union and the Defendant Company"); *see also* 29 U.S.C. § 185(a).