1  FERMIN H. LLAGUNO, Bar No. 185222
   fllaguno@littler.com
2  MICHAEL L. KIBBE, Bar No. 302137
   mkibbe@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  2050 Main Street
   Suite 900
5  Irvine, CA  92614
   Telephone: 949.705.3000
6  Facsimile:  949.724.1201

7  Attorneys for Defendant
   YOUNG'S MARKET COMPANY, LLC
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12
   REYES ZARAGOZA,              | Case No. 8:17-cv-01858-DOC-JDE
13
              Plaintiff,         | **[PROPOSED] JUDGMENT**
14
   v.
15
   YOUNG'S MARKET COMPANY,
16 DOES 1 THROUGH 10
   INCLUSIVE
17
              Defendant.
18

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

1

1  FERMIN H. LLAGUNO, Bar No. 185222
   fllaguno@littler.com
2  MICHAEL L. KIBBE, Bar No. 302137
   mkibbe@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  2050 Main Street
   Suite 900
5  Irvine, CA  92614
   Telephone: 949.705.3000
6  Facsimile:  949.724.1201

7  Attorneys for Defendant
   YOUNG'S MARKET COMPANY, LLC
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 | REYES ZARAGOZA,              | Case No. 8:17-cv-01858-DOC-JDE
13 |                              |
   |      Plaintiff,              | **JUDGMENT**
14 |                              |
   | v.                           |
15 |                              |
   | YOUNG'S MARKET COMPANY,      |
16 | DOES 1 THROUGH 10            |
   | INCLUSIVE                    |
17 |                              |
   |      Defendant.              |
18

LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA  92614
949.705.3000

1

After full consideration of the papers, evidence, and authorities submitted by the parties and in the Court's files, this Court issued an Order Granting as Unopposed Defendant Young's Market Company's Motion for Judgment on the Pleadings in its entirety as to Plaintiff Reyes Zaragoza's ("Plaintiff") claims in this action entered on February 16, 2018.

**BASED ON THE FOREGOING, IT IS HEREBY ADJUDGED** that Plaintiff shall take nothing by way of his operative Complaint and judgment shall be and hereby is entered in Defendant's favor as to all causes of action and claims asserted against it in this action.

**IT IS HEREBY FURTHER ADJUDGED** that Defendant is entitled to recover costs pursuant to Rule 54 of the Federal Rules of Civil Procedure, and Central District Local Rule 54-1, *et seq*.

Dated: _____, 2018

_____
HON. DAVID O. CARTER
U.S. DISTRICT COURT JUDGE

Firmwide:153250212.1 048683.1079

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

2