FERMIN H. LLAGUNO, Bar No. 185222
fllaguno@littler.com
MICHAEL L. KIBBE, Bar No. 302137
mkibbe@littler.com
LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA 92614
Telephone: 949.705.3000
Facsimile: 949.724.1201

Attorneys for Defendant
YOUNG'S MARKET COMPANY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYES ZARAGOZA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YOUNG'S MARKET COMPANY, DOES 1 THROUGH 10 INCLUSIVE<br><br>　　　　Defendant. | Case No. 8:17-cv-01858-DOC-JDE<br><br>**JUDGMENT** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

1

| | |
|---|---|
| 1 | FERMIN H. LLAGUNO, Bar No. 185222 |
| | fllaguno@littler.com |
| 2 | MICHAEL L. KIBBE, Bar No. 302137 |
| | mkibbe@littler.com |
| 3 | LITTLER MENDELSON |
| | A Professional Corporation |
| 4 | 2050 Main Street |
| | Suite 900 |
| 5 | Irvine, CA 92614 |
| | Telephone: 949.705.3000 |
| 6 | Facsimile: 949.724.1201 |
| 7 | Attorneys for Defendant |
| | YOUNG'S MARKET COMPANY, LLC |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYES ZARAGOZA, | Case No. 8:17-cv-01858-DOC-JDE |
| Plaintiff, | **JUDGMENT** |
| v. | |
| YOUNG'S MARKET COMPANY, DOES 1 THROUGH 10 INCLUSIVE | |
| Defendant. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

1

After full consideration of the papers, evidence, and authorities submitted by the parties and in the Court's files, this Court issued an Order Granting as Unopposed Defendant Young's Market Company's Motion for Judgment on the Pleadings in its entirety as to Plaintiff Reyes Zaragoza's ("Plaintiff") claims in this action entered on February 16, 2018.

**BASED ON THE FOREGOING, IT IS HEREBY ADJUDGED** that Plaintiff shall take nothing by way of his operative Complaint and judgment shall be and hereby is entered in Defendant's favor as to all causes of action and claims asserted against it in this action.

**IT IS HEREBY FURTHER ADJUDGED** that Defendant is entitled to recover costs pursuant to Rule 54 of the Federal Rules of Civil Procedure, and Central District Local Rule 54-1, *et seq.*

Dated: March 16, 2018

*David O. Carter*
HON. DAVID O. CARTER
U.S. DISTRICT COURT JUDGE

Firmwide:153250212.1 048683.1079

2